UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBUQUERQUE ASPHALT, INC.,
a New Mexico corporation,

        Plaintiff,

v.                                          No. 1:23-cv-01099-KRS-KK

ARROW INDIAN CONTRACTORS, INC.,
an Arizona corporation,

        Defendant.

COMES NOW Defendant, Arrow Indian Contractors, Inc., an Arizona corporation, by and through counsel of record, FR Law Group, PLLC (Troy B. Froderman and Pierce Libbey), and hereby certifies that Defendant's Response to Plaintiff's First Set of Request for Production and its Initial Disclosure Statement, along with a copy of this Certificate, was emailed on this 29th day of May, 2024, to the following:

    Sean R. Calvert
    Calvert Menicucci, PC
    8804 Washington Street, NW, Suite E
    Albuquerque, New Mexico 87113
    Telephone: (505) 247-9100
    Email: scalvert@hardhatlaw.net

                                  Respectfully submitted,

                                  **FR LAW GROUP, PLLC**

                                  By: *Troy B. Froderman*
                                      Troy B. Froderman, Esq.
                                      Pierce W. Libbey, Esq.
                                  4745 N. 7th Street Suite 210
                                  Phoenix, AZ 85014
                                  Telephone: (602)566-7425
                                  Email: tfroderman@frlawgroup.com
                                  Email: plibbey@frlawgroup.com
                                  *Attorneys for Arrow Indian Contractors, Inc.*