UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBUQUERQUE ASPHALT, INC.,
a New Mexico corporation,

Plaintiff,

v. No. 1:23-cv-01099-MV-KK

ARROW INDIAN CONTRACTORS, INC.,
an Arizona corporation,
Defendant

**AFFIDAVIT OF SEAN R CALVERT**

STATE OF NEW MEXICO }
}
COUNTY OF BERNALILLO }

SEAN R. CALVERT, being first duly sworn, deposes and states:

1. I am over the age of eighteen years and have personal knowledge of the matters set forth in this affidavit.

2. I am, and was at all relevant times, counsel for Albuquerque Asphalt, Inc.

3. The parties agreed to attempt a mediation before Eric K. Sommer scheduled for June 3, 2023. A copy of the mediation confirmation letter from Mr. Sommer is attached as Exhibit 1 to my affidavit.

4. On May 30, 2024 Arrow Indian Contractors, Inc., through counsel, proposed settlement based on a stipulated judgment in the amount of $393,908.65 with an agreement not to execute upon the judgment provided that Arrow Indian Contractors, Inc. made partial payments against the judgment in the amount of $10,000 per month.

5. On May 31, 2024 Albuquerque Asphalt, Inc. made a counter-offer accepting the original terms proposed by Arrow Indian Contractors, Inc., but adding a requirement that the judgment amount be secured in the form of a surety bond or similar security. A copy of the May 31, 2024 e-mail counter-offer is attached as Exhibit 2 to my affidavit.

6. On May 31, 2024 Arrow, again through counsel, accepted and the mediation was cancelled as the parties had reached a settlement. A copy of the May 31, 2024 e-mail from Mr. Froderman is attached as Exhibit 3 to my affidavit.

7. Despite repeated requests Arrow has not provided security for the settlement and has not made payment in accordance with the terms of the agreement.

Further affiant sayeth not.

SEAN R. CALVERT

SUBSCRIBED AND SWORN to before me this 17th day of July, 2024, by Sean R. Calvert.

STATE OF NEW MEXICO
NOTARY PUBLIC
Jaye Nan Lawson
Commission No. 1093547
April 28, 2025

Notary Public

SOMMER | UDALL | LAW FIRM

STREET ADDRESS
2000 OLD PECOS TRAIL
SANTA FE, NM 87505

MAILING ADDRESS
POST OFFICE BOX 1984
SANTA FE, NM 87504-1984

t 505.982.4676
f 505.988.7029

www.SommerUdall.com
Sommer Udall Law Firm, P.A.

Eric M. Sommer
Jack N. Hardwick
Cullen Hallmark

Kurt A. Sommer
Lisa G. Adelman
Mark Kriendler Nelson

Bradley M. Odegard
Placido D. Gonzales

Joseph A. Sommer
(1922 – 2006)

Retired
Kimball R. Udall
Robert P. Worcester
Janet McL. McKay
Kenneth Bateman

March 20, 2024

***Via Email:***

Sean R. Calvert
8804 Washington NE, Suite E
Albuquerque, NM 87113
Tel. (505) 247-9100
scalvert@hardhatlaw.net
*Attorneys for Albuquerque Asphalt, Inc.*

Travis Jackson
Jackson Loman Stanford Downey & Stevens-Block, P.C.
201 Third Street, NW, Suite 1500
Albuquerque, New Mexico 87102
Tel. (505) 767-0577
travis@jacksonlomanlaw.com

and

Troy B. Froderman
FR Law Group
4745 N 7th St. Suite 310
Phoenix, AZ 85014
Tel. (602) 601-4894
tfroderman@frlawgroup.com
*Attorneys for Arrow Indian Contractors, Inc.*

**Re: Mediation in the matter of *Albuquerque Asphalt, Inc. v. Arrow Indian Contractors, Inc.***

Dear Counsel:

This letter is to confirm that I will conduct a mediation between the above-referenced parties on June 3, 2024 commencing at 9:00 a.m. I appreciate your request and will provide my best efforts to assist the parties in reaching a mutually agreeable settlement. The terms and conditions of the mediation are as follows.

**We can conduct the mediation in person, by Zoom, or a combination of both. I have been successful in doing a mix of mediations where some participants are present in person, and some are on Zoom or on the phone. Just let me know which you prefer so I can reserve conference rooms at my office and schedule those who want to appear on Zoom.**

The parties agree that all statements made during the course of the mediation between the parties and/or their respective counsel and/or me, the mediator, are privileged settlement discussions, are made without prejudice to any party's legal position, and are inadmissible for any purpose in any legal proceeding. Any information disclosed to me as the mediator, by a party or by a

EXHIBIT
"1"

representative of a party, or by a witness on behalf of a party, is confidential in the mediation. I cannot be compelled to disclose such information. The parties agree that they will not seek to compel me by subpoena or otherwise to disclose any such confidential information in any legal or administrative proceeding or otherwise. The parties further agree that they may not introduce into evidence, or use for any purpose, any written or oral testimony of mine whatsoever.

It shall also be understood and agreed that, even though I am a licensed attorney in the State of New Mexico, I am not being engaged to serve as counsel for any party in this dispute. No attorney-client relationship or work product privilege is created or attached between Sommer Udall Law Firm, P.A., or between me and any of the parties by my participation as the mediator in this matter.

My rate for services as a mediator is $375.00 per hour. This includes time spent in the mediation as well as time spent preparing for the mediation. I am assuming that my bill will be split evenly between the parties. If this is not the case, please let me know immediately.

For larger mediations, my rate as a mediator is as follows:

| **Number of Parties** | **Rate** |
|---|---|
| 2 to 4 Parties | $375.00 per hour |
| 5 to 6 Parties | $425.00 per hour |
| 7 to 8 Parties | $450.00 per hour |
| More than 8 Parties | $500.00 per hour |

I consider counsel responsible for their client's portion of the mediation fees. In other words, I consider that counsel have retained me to serve as the mediator in this matter and that counsel is ultimately responsible for the payment of my fees. If counsel does not wish to take on that responsibility, I would request that you make arrangements in advance with your client to deposit with me an appropriate amount for payment of the mediation fees.

I would also appreciate receiving a confidential mediation statement from each party no later than the close of business on May 30, 2024. The mediation statement may be submitted to me by email at erics@sommerudall.com, by fax at (505) 988-7029, or by delivery to my office at 2000 Old Pecos Trail, Santa Fe, New Mexico 87505.[1]

In addition to setting forth the factual and legal issues in this case in a concise mediation statement, I would appreciate knowing the status of any pending dispositive motions and a history of prior settlement discussions. Please include the names of the individuals who will be present for the mediation. You should also feel free to provide me with any other materials (such as expert reports, medical records, deposition excerpts, etc.) that you feel would be helpful in preparing for the mediation and/or for discussion during the mediation.

I anticipate that each party will have someone present at the mediation with full settlement authority. If for some reason the appropriate person with settlement authority is unable to be

---

[1] **As of October 10, 2022, Sommer Udall has moved its office to 2000 Old Pecos Trail, Santa Fe, NM 87505.**



physically present at the mediation, please inform me well in advance so that we can make appropriate arrangements.

Please acknowledge the parties' acceptance of the terms contained in this Mediation Agreement in the space provided below. This Agreement may be executed in counterparts. Please return the executed counterpart page to my office at your first opportunity or bring it to the mediation and deliver it to me before we begin.

Finally, if I deem it necessary, I want to let counsel know that I may contact each of you individually a day or two before the mediation to discuss any particular concerns or questions you or I might have about the mediation, all of which may expedite the mediation. You should also feel free to contact me in advance of the mediation if you would like to discuss any specific items.

I look forward to working with you on June 3, 2024 and, hopefully, reaching a resolution of this matter.

Sincerely yours,

Eric M. Sommer

**I have read and understand the terms and conditions of the foregoing mediation agreement and on behalf of the party identified below, and I agree to them as shown by my signature below:**

| ***Albuquerque Asphalt, Inc.*** | ***Arrow Indian Contractors, Inc.*** |
|---|---|
| **By:**________________________ | **By:** ________________________ |
| **Date:** ______________________ | **Date:** ______________________ |

**From:** **Sean Calvert** scalvert@hardhatlaw.net
**Subject:** Fwd: Albuquerque Asphalt, Inc v. Arrow Indian Contractors, Inc
**Date:** July 17, 2024 at 11:11 AM
**To:** Jaye Lawson jlawson@hardhatlaw.net

> Begin forwarded message:
>
> **From:** Sean Calvert <scalvert@hardhatlaw.net>
> **Subject:** **Re: Albuquerque Asphalt, Inc v. Arrow Indian Contractors, Inc**
> **Date:** May 31, 2024 at 3:36:32 PM MDT
> **To:** Troy Froderman <tfroderman@frlawgroup.com>
>
> Troy
>
> Albuquerque Asphalt would be willing to settle based on a $10,000/month payment schedule, but would need a bond or similar security in the event of default.
>
>> On May 31, 2024, at 3:04 PM, Troy Froderman <tfroderman@frlawgroup.com> wrote:
>>
>> Sorry to pester, but do we have a deal? In principle at least?
>> Troy
>>
>> Troy B. Froderman, Principal
>> FR Law Group PLLC
>> 4745 N. 7th Street, Suite 210
>> Phoenix, Az 85014
>> tfroderman@frlawgroup.com
>> 602-601-4894 (direct)
>> 602-885-3675 (mobile)
>>
>>> On May 31, 2024, at 1:10 PM, Troy Froderman <tfroderman@frlawgroup.com> wrote:
>>>
>>> Isn't the mediation on Monday?
>>> Troy
>>>
>>> Troy B. Froderman, Principal
>>> FR Law Group PLLC
>>> 4745 N. 7th Street, Suite 210
>>> Phoenix, Az 85014
>>> tfroderman@frlawgroup.com
>>> 602-601-4894 (direct)
>>> 602-885-3675 (mobile)
>>>
>>>> On May 31, 2024, at 1:07 PM, Sean Calvert <scalvert@hardhatlaw.net> wrote:
>>>>
>>>> I probably won't have a response until next week.
>>>>
>>>>> On May 31, 2024, at 2:01 PM, Troy Froderman <tfroderman@frlawgroup.com> wrote:
>>>>>
>>>>> Do we have a deal?
>>>>> Troy
>>>>>
>>>>> Troy B. Froderman, Principal
>>>>> FR Law Group PLLC
>>>>> 4745 N. 7th Street, Suite 210
>>>>> Phoenix, Az 85014
>>>>> tfroderman@frlawgroup.com

EXHIBIT
"2"

602-601-4894 (direct)
602-885-3675 (mobile)

On May 31, 2024, at 9:10 AM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Ok. I am out of pocket beginning at 1 pm today.

Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 31, 2024, at 9:09 AM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

They are considering it.

On May 31, 2024, at 9:49 AM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Hi Sean. Any word from your client on the settlement proposal?
Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 30, 2024, at 9:55 AM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

Certainly. I am clear other than a 2:00 meeting.

On May 30, 2024, at 10:52 AM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Sean, are you available for a call this afternoon to discuss settlement?

Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 30, 2024, at 7:36 AM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

Ms. Opperman

Thank you. It appears that the production of the contracts are incomplete as they reference Exhibits B & C. It appears that Exhibit C is Arrow's bid and Exhibit B is the supplemental terms and conditions required by NDOT. Could I please get the exhibits as they are part of the contract.

Thanks

Sean

On May 29, 2024, at 3:18 PM, Susan Opperman <susan@jacksonlomanlaw.com> wrote:

Good afternoon, Sean,

Below please find a link below containing Arrow Indians Responses to Plaintiff's First Set of RFP and their Initial Disclosures.

Please do not hesitate to contact our office or Mr. Froderman with any questions. Thank you.

https://jacksonlomanstanforddowney.sharefile.com/public/share/web-s908dbb6ec32f4b64b05f16d910033b5b

Respectfully yours,

Susan Opperman
Paralegal to Travis Jackson, Sarah Downey, and Dyea Reynolds
Jackson Loman Stanford Downey & Stevens-Block, P.C.
201 Third Street, NW, Suite 1500
Albuquerque, New Mexico 87102
Telephone: (505) 767-0577
Fax: (505) 242-9944
Email: susan@jacksonlomanlaw.com

CONFIDENTIALITY NOTICE: This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential information and privileged material that is for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited and may subject you to criminal or civil penalty. If you have received this communication in error, please notify us immediately by telephone or e-mail, delete the message from your system, and destroy any hard copies you may have printed.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distrib-

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113

ution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100

If you receive this message in error, please notify the sender by replying to this message or by telephone.

(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

**From:** **Sean Calvert** scalvert@hardhatlaw.net
**Subject:** Fwd: Albuquerque Asphalt, Inc v. Arrow Indian Contractors, Inc
**Date:** July 17, 2024 at 11:11 AM
**To:** Jaye Lawson jlawson@hardhatlaw.net

Begin forwarded message:

**From:** Troy Froderman <tfroderman@frlawgroup.com>
**Subject:** **Re: Albuquerque Asphalt, Inc v. Arrow Indian Contractors, Inc**
**Date:** May 31, 2024 at 3:48:41 PM MDT
**To:** Sean Calvert <scalvert@hardhatlaw.net>

Ok, we can work that out. Will you alert the mediator we have a deal in principle?
Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

> On May 31, 2024, at 2:36 PM, Sean Calvert <scalvert@hardhatlaw.net> wrote:
>
> Troy
>
> Albuquerque Asphalt would be willing to settle based on a $10,000/month payment schedule, but would need a bond or similar security in the event of default.
>
>> On May 31, 2024, at 3:04 PM, Troy Froderman <tfroderman@frlawgroup.com> wrote:
>>
>> Sorry to pester, but do we have a deal? In principle at least?
>> Troy
>>
>> Troy B. Froderman, Principal
>> FR Law Group PLLC
>> 4745 N. 7th Street, Suite 210
>> Phoenix, Az 85014
>> tfroderman@frlawgroup.com
>> 602-601-4894 (direct)
>> 602-885-3675 (mobile)
>>
>>> On May 31, 2024, at 1:10 PM, Troy Froderman <tfroderman@frlawgroup.com> wrote:
>>>
>>> Isn't the mediation on Monday?
>>> Troy
>>>
>>> Troy B. Froderman, Principal
>>> FR Law Group PLLC
>>> 4745 N. 7th Street, Suite 210
>>> Phoenix, Az 85014
>>> tfroderman@frlawgroup.com
>>> 602-601-4894 (direct)
>>> 602-885-3675 (mobile)

**EXHIBIT**

"3"

On May 31, 2024, at 1:07 PM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

I probably won't have a response until next week.

On May 31, 2024, at 2:01 PM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Do we have a deal?
Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 31, 2024, at 9:10 AM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Ok. I am out of pocket beginning at 1 pm today.

Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 31, 2024, at 9:09 AM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

They are considering it.

On May 31, 2024, at 9:49 AM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Hi Sean. Any word from your client on the settlement proposal?
Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 30, 2024, at 9:55 AM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

Certainly. I am clear other than a 2:00 meeting.

On May 30, 2024, at 10:52 AM, Troy Froderman <tfroderman@frlawgroup.com> wrote:

Sean, are you available for a call this afternoon to discuss settlement?

Troy

Troy B. Froderman, Principal
FR Law Group PLLC
4745 N. 7th Street, Suite 210
Phoenix, Az 85014
tfroderman@frlawgroup.com
602-601-4894 (direct)
602-885-3675 (mobile)

On May 30, 2024, at 7:36 AM, Sean Calvert <scalvert@hardhatlaw.net> wrote:

Ms. Opperman

Thank you. It appears that the production of the contracts are incomplete as they reference Exhibits B & C. It appears that Exhibit C is Arrow's bid and Exhibit B is the supplemental terms and conditions required by NDOT. Could I please get the exhibits as they are part of the contract.

Thanks

Sean

On May 29, 2024, at 3:18 PM, Susan Opperman <susan@jacksonlomanlaw.com> wrote:

Good afternoon, Sean,

Below please find a link below containing Arrow Indians Responses to Plaintiff's First Set of RFP and their Initial Disclosures.

Please do not hesitate to contact our office or Mr. Froderman with any questions. Thank you.

https://jacksonlomanstanforddowney.sharefile.com/public/share/web-s908dbb6ec32f4b64b05f16d910033b5b

Respectfully yours,

Susan Opperman
Paralegal to Travis Jackson, Sarah Downey, and Dyea Reynolds
Jackson Loman Stanford Downey & Stevens-Block, P.C.
201 Third Street, NW, Suite 1500
Albuquerque, New Mexico 87102
Telephone: (505) 767-0577
Fax: (505) 242-9944
Email: susan@jacksonlomanlaw.com

CONFIDENTIALITY NOTICE: This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. This communication constitutes an electronic communication within the meaning of the

Electronic Communications Privacy Act, 18 U.S.C. 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential information and privileged material that is for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited and may subject you to criminal or civil penalty. If you have received this communication in error, please notify us immediately by telephone or e-mail, delete the message from your system, and destroy any hard copies you may have printed.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and    Sean R. Calvert

> intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.
>
> Calvert Menicucci, P.C.
> 8804 Washington St., NE, Suite E
> Albuquerque, NM 87113
> (505) 247-9100
> (505) 247-9761
>
> This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.

This message is confidential and intended only for the named recipients thereof. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this message in error, please notify the sender by replying to this message or by telephone.

Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
(505) 247-9100
(505) 247-9761

This message has been signed using an OpenPGP key to verify authenticity. If your e-mail system does not recognize OpenPGP signatures you may see an unreadable Mail Attachment. This is just the signature and may be ignored if not recognized by your e-mail system.